UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZANETA (JOI) RAINEY LIGHTFOOT, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:12-CV-0694-CAP |
| HENRY COUNTY SCHOOL DISTRICT, | |
| Defendants. | |

## **O R D E R**

This matter is before the court on the plaintiff's motion for an extension of the discovery period [Doc. No. 36]. The discovery period is currently scheduled to end on February 22, 2013. The plaintiff seeks an additional forty-five days to complete discovery, plus the ability to depose one individual whenever she returns from maternity leave.

The plaintiff's counsel contends that she recently "learned that there were documents and evidence from recent events that had not been produced" by the defendant, and that the defendant engaged in a human resources investigation of the plaintiff that only recently came to light. Additionally, the plaintiff asks the court to permit the deposition of assistant principal Dr. Shannon Ellis immediately upon her return from maternity leave, regardless of whether discovery has closed.

The defendants opposes the motion for an extension. It contends the plaintiff had notice as early as December that Dr. Ellis would be unavailable due to her maternity leave in February. Further, the defendant contends the plaintiff did not attempt to schedule any depositions of school personnel during December or January, despite the plaintiff knowing the end of discovery was in February and several school personnel would be unavailable for scheduling reasons. Essentially, the defendant argues the plaintiff had "ample opportunity" to schedule the depositions, and she should not be permitted to further extend the discovery period.

As to Dr. Ellis, it is clear the plaintiff's counsel had notice on December 14, 2012, that she would be out on maternity leave, "probably starting in early February." Thus, the defendant "suggest[ed] we schedule it for early January." Ex. A to Def.'s Opp'n [Doc. No. 37]. Perhaps forgetting this, the plaintiff's counsel emailed the defendant's counsel on February 5, 2013 to try to schedule the deposition of Ms. Ellis and five other individuals. Ex. C to Def.'s Opp'n [Doc. No. 37].

Nevertheless, the court believes a short extension will not prejudice the defendant. The court GRANTS IN PART the plaintiff's motion for an extension and gives the plaintiff an additional thirty days to complete discovery. The court is not inclined to grant further requests for extension.

The court also GRANTS the plaintiff's request to depose Dr. Ellis upon her return from maternity leave. However, the court will not extend the deadlines for filing (or responding to) motions for summary judgment or a pre-trial order on the basis of the lack of Dr. Ellis's testimony.

**SO ORDERED** this 20th day of February, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge