UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ZANETA (JOI) RAINEY
LIGHTFOOT,

          Plaintiff,

      v.

HENRY COUNTY SCHOOL
DISTRICT,

          Defendant.

CIVIL ACTION NO.

1:12-CV-0694-CAP

## O R D E R

This matter is before the court on the plaintiff's emergency motion for a court conference, to amend her complaint, and to extend or stay discovery [Doc. No. 46]. The defendant is ORDERED to file a brief in response to the motion no later than Monday, March 25 at 10:00 AM.

**SO ORDERED** this 20th day of March, 2013.


/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge