# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 18, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-14631-FF
Case Style: Zaneta Lightfoot v. Henry County School District
District Court Docket No: 1:12-cv-00694-CAP

The referenced appeal was dismissed on 03/17/2014.

Appellant's motion to reinstate this appeal has been clerically granted.

Appellee's brief is due 30 days from the date of this letter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

REINST-1 Appeal Reinstated